# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TALEAL KARON TILSON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV414-245 |
| ) | |
| ANNA GUARDINO, A.D.A., ) | |
| BRANDON THOMAS, ) | |
| Public Defender, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 13 day of Feb, 2015.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA